FILED'11 MAR 02 16:43USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**UNDER SEAL**

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 11-cr- /03-RE |
| v. | INDICTMENT |
| CHAD MITCHELL DAVIS and, <br> RYAN JAMES AIRD, | 21 U.S.C. §§ 841(a)(1), (b)(1)(C), <br> 846, 843(a)(3) and 853 |
| Defendants. | **FILED UNDER SEAL** |

THE GRAND JURY CHARGES:

<u>COUNT 1</u>
(Conspiracy to Possess with Intent to Distribute Oxycodone)

Beginning at a time unknown to the grand jury, but at least by March of 2010, and continuing through the date of this indictment, in the District of Oregon and elsewhere, **CHAD MITCHELL DAVIS** and **RYAN JAMES AIRD**, defendants herein, did knowingly and willfully combine, conspire, confederate, and agree with persons whose identities are known and unknown to the grand jury to distribute and possess with intent to distribute oxycodone, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C), and 846.

## COUNT 2
### (Possession with Intent to Distribute Oxycodone)

On or about November 13, 2010, in the District of Oregon, **CHAD MITCHELL DAVIS** and **RYAN JAMES AIRD**, defendants herein, did knowingly and willfully possess with intent to distribute oxycodone, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT 3
### (Possession with Intent to Distribute Oxycodone)

On or about November 14, 2010, in the District of Oregon, **RYAN JAMES AIRD**, defendant herein, did knowingly and willfully possess with intent to distribute oxycodone, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT 4
### (Attempt to Obtain a Controlled Substance by Fraud)

On or about November 14, 2010, in the District of Oregon, **RYAN JAMES AIRD**, defendant herein, did knowingly and intentionally attempt to obtain oxycodone, a Schedule II controlled substance, by misrepresentation and fraud, in violation of Title 21, United States Code, Section 843(a)(3).

## COUNT 5
### (Attempt to Obtain a Controlled Substance by Fraud)

On or about November 14, 2010, in the District of Oregon, **CHAD MITCHELL DAVIS**, defendant herein, did knowingly and intentionally attempt to obtain oxycodone, a Schedule II controlled substance, by misrepresentation and fraud, in violation of Title 21, United States Code, Section 843(a)(3).

## COUNT 6
### (Obtaining a Controlled Substance by Fraud)

On or about November 13, 2010, in the District of Oregon, **CHAD MITCHELL DAVIS** and **RYAN JAMES AIRD**, defendants herein, did knowingly and intentionally obtain oxycodone, a Schedule II controlled substance, by misrepresentation and fraud, in violation of Title 21, United States Code, Section 843(a)(3).

## COUNT 7
### (Obtaining a Controlled Substance by Fraud)

On or about November 14, 2010, in the District of Oregon, **RYAN JAMES AIRD**, defendant herein, did knowingly and intentionally obtain oxycodone, a Schedule II controlled substance, by misrepresentation and fraud, in violation of Title 21, United States Code, Section 843(a)(3).

///

///

///

///

///

///

///

///

///

///

///

### Criminal Forfeiture - Drug Offenses

Upon conviction of a controlled substance offense(s) listed above, **CHAD MITCHELL DAVIS** and **RYAN JAMES AIRD**, defendants herein, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations.

Dated this __2__ day of March 2011.

A TRUE BILL.

_____
OFFICIATING FOREPERSON

Presented by:

DWIGHT C. HOLTON, OSB #09054
United States Attorney
District of Oregon

_____
PAMALA R. HOLSINGER, OSB #89263
Assistant United States Attorney