# UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA
### OFFICE OF THE CLERK

RECVD 02 APR '12 10:59 USDC-ORP

**BRIAN D. KARTH**
DISTRICT COURT EXECUTIVE / CLERK OF COURT
SANDRA DAY O'CONNOR U. S. COURTHOUSE
SUITE 130, 401 W. WASHINGTON ST., SPC 1
PHOENIX, ARIZONA 85003-2118

*Visit our website at www.azd.uscourts.gov*

**DEBRA D. LUCAS**
CHIEF DEPUTY CLERK
SANDRA DAY O'CONNOR U. S. COURTHOUSE
SUITE 130, 401 W. WASHINGTON ST., SPC 1
PHOENIX, ARIZONA 85003-2118

**MICHAEL S. O'BRIEN**
CHIEF DEPUTY CLERK
EVO A. DECONCINI U.S. COURTHOUSE
405 W. CONGRESS, SUITE 1500
TUCSON, ARIZONA 85701-5010

March 27, 2012

Clerk of Court
United States Courthouse
1000 Southwest Third Ave., Rm. 740
Portland, Oregon 97204-2802

RE: USA v. **Chad Mitchell Davis and Ryan James Aird**
Your case number: 11-cr-103-RE
Arizona case number: 12-03150M-PHX-LOA

Dear Clerk of the Court:

The above charge originated in your district. The defendant has appeared before Magistrate Judge Lawrence O. Anderson in Phoenix, Arizona. The following action has been taken.

☒   THE DEFENDANTS HAVE BEEN ORDERED TO APPEAR IN THE CHARGING DISTRICT ON: 4/13/12 at 1:30 pm before Magistrate Judge Paul Papak

You may access electronically filed documents in this case at our ECF/PACER web address http://ecf.azd.uscourts.gov. Any documents not available electronically are enclosed in paper format along with a copy of the docket sheet and either the Order to Appear or the Commitment to Another District.

Please acknowledge receipt on the enclosed copy of this letter and return to the Phoenix office.

Sincerely,

BRIAN D. KARTH,
CLERK OF COURT/DISTRICT COURT EXECUTIVE

By: _____
Phylis Durbin
Deputy Clerk

Enclosures

---

*The staff of the Clerk's Office ensures the effective, efficient and professional delivery of clerical and administrative services, while fostering a customer-friendly and employee-friendly environment.*

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
## for the
### District of Arizona

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   12-3150M-1 |
| Chad Mitchell Davis | ) | |
| | ) | Charging District:   Oregon, Portland Division |
| Defendant | ) | Charging District's Case No.   11-cr-103-RE |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | Mark O. Hatfield United States Courthouse<br>1000 Southwest Third Avenue, Room 740<br>Portland, OR 97204-2802 | Courtroom No.: 10B, before Mag Judge Paul Papak |
|---|---|---|
| | | Date and Time: 4/13/12 at 1:30 PM |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:   Mar 23, 2012

*Judge's signature*

Lawrence O. Anderson, United States Magistrate Judge
*Printed name and title*

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the

District of Arizona

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.   12-3150M-2 |
| | ) | |
| Ryan James Aird | ) | Charging District:   Oregon, Portland Division |
| *Defendant* | ) | Charging District's Case No.   11-cr-103-RE |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | Mark O. Hatfield United States Courthouse<br>1000 Southwest Third Avenue, Room 740<br>Portland, OR 97204-2802 | Courtroom No.: 10B, before Mag Judge Paul Papak |
|---|---|---|
| | | Date and Time: 4/13/12 at 1:30 PM |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:   Mar 23, 2012

*Judge's signature*

Lawrence O. Anderson, United States Magistrate Judge
*Printed name and title*

CLOSED

# U.S. District Court
# DISTRICT OF ARIZONA (Phoenix Division)
# CRIMINAL DOCKET FOR CASE #: 2:12-mj-03150-LOA All Defendants
# Internal Use Only

Case title: USA v. Davis et al

Date Filed: 03/21/2012
Date Terminated: 03/23/2012

Assigned to: Magistrate Judge Lawrence O Anderson

### Defendant (1)

**Chad Mitchell Davis**
*TERMINATED: 03/23/2012*

represented by **Maria Teresa Weidner**
Federal Public Defenders Office - Phoenix
850 W Adams St., Ste. 201
Phoenix, AZ 85007
602-382-2700
Email: Maria_Weidner@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

### Pending Counts
None

### Disposition

### Highest Offense Level (Opening)
None

### Terminated Counts
None

### Disposition

### Highest Offense Level (Terminated)
None

### Complaints

(1) 21:841(a)(1), (b)(1)(C) and 846 - Conspiracy to Possess with Intent to Distribute Oxycodone; (2) 21:841(a)(1) and (b)(1)(C) - Possession with Intent to

### Disposition

Distribute Oxycodone; (5) 21:843(a)(3) - Attempt to Obtain a Controlled Substance by Fraud; (6) 21:843(a)(3) - Obtaining a Controlled Substance by Fraud

Assigned to: Magistrate Judge Lawrence O Anderson

### Defendant (2)

**Ryan James Aird**  
*TERMINATED: 03/23/2012*

represented by **David L Lockhart**  
Law Office of David L Lockhart PC  
2601 N 16th St.  
Phoenix, AZ 85006-1404  
602-254-0311  
Fax: 602-254-0043  
Email: court@dlockhartlaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: CJA Appointment*

### Pending Counts
None

### Disposition

### Highest Offense Level (Opening)
None

### Terminated Counts
None

### Disposition

### Highest Offense Level (Terminated)
None

### Complaints

(1) 21:841(a)(1), (b)(1)(C) and 846 - Conspiracy to Possess with Intent to Distribute Oxycodone; (2) 21:841(a)(1) and (b)(1)(C) - Possession with Intent to Distribute Oxycodone; (3) 21:841(a)(1) and (b)(1)(C) - Possession with Intent to Distribute Oxycodone; (4) 21:843(a)(3) - Attempt to Obtain a Controlled Substance by Fraud; (6) 21:843(a)(3) - Obtaining a Controlled Substance by Fraud; (7) 21:843(a)(3) - Obtaining a

### Disposition

Controlled Substance by Fraud

**Plaintiff**

USA     represented by     **Jennifer Fara Levinson**
US Attorneys Office - Phoenix, AZ
2 Renaissance Square
40 N Central Ave., Ste. 1200
Phoenix, AZ 85004-4408
602-514-7500
Email: Jennifer.Levinson@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Vincent Quill Kirby**
US Attorneys Office - Phoenix, AZ
2 Renaissance Square
40 N Central Ave., Ste. 1200
Phoenix, AZ 85004-4408
602-514-7500
Fax: 602-514-7650
Email: Vincent.Kirby@usdoj.gov
*TERMINATED: 03/21/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/21/2012 | 1 | Arrest (Rule 5 - Warrant Issued, District of Oregon ) of Chad Mitchell Davis and Ryan James Aird. (MMO) (Entered: 03/21/2012) |
| 03/21/2012 | 4 | Minute Entry for proceedings held before Magistrate Judge Lawrence O Anderson: Initial Appearance in Rule 5(c)(3) Proceedings as to Chad Mitchell Davis, Ryan James Aird held on 3/21/2012. Appearance entered by Jennifer Fara Levinson for the government. Appointed AFPD Maria Teresa Weidner for Chad Mitchell Davis. FINANCIAL AFFIDAVIT TAKEN. Appointed CJA attorney David L Lockhart for Ryan James Aird. FINANCIAL AFFIDAVIT TAKEN. Added Assistant United States attorney Jennifer Fara Levinson. Assistant United States Attorney Vincent Kirby terminated. Rule 5(c)(3) Identity Hearing as to Chad Mitchell Davis, Ryan James Aird waived. Warrant of Removal will not be issued. Detention Hearing as to Chad Mitchell Davis, Ryan James Aird submitted. Defendants released on conditions. Order to follow with date and time for defendants to appear in the prosecuting district. (Recorded by COURTSMART.)(PKD) (Entered: 03/23/2012) |
| 03/21/2012 | 5 | (Court only) CJA 23 Financial Affidavit by Chad Mitchell Davis (PKD) (Entered: 03/23/2012) |
| 03/21/2012 | 6 | (Court only) CJA 23 Financial Affidavit by Ryan James Aird (PKD) |

| | | |
|---|---|---|
| | | (Entered: 03/23/2012) |
| 03/21/2012 | 🌐 7 | WAIVER of Rule 5(c)(3) Identity Hearing by Chad Mitchell Davis (PKD) (Entered: 03/23/2012) |
| 03/21/2012 | 🌐 8 | WAIVER of Rule 5(c)(3)Identity Hearing by Ryan James Aird (PKD) (Entered: 03/23/2012) |
| 03/21/2012 | 🌐 9 | ORDER Setting Conditions of Release as to Chad Mitchell Davis. Signed by Magistrate Judge Lawrence O Anderson on 3/21/12.(PKD) (Entered: 03/23/2012) |
| 03/21/2012 | 🌐 10 | ORDER Setting Conditions of Release as to Ryan James Aird. Signed by Magistrate Judge Lawrence O Anderson on 3/21/12.(PKD) (Entered: 03/23/2012) |
| 03/22/2012 | 🔒 🌐 2 | *SEALED* Pretrial Services bail report as to Chad Mitchell Davis, filed by Pretrial Services. (Thomas, Julie) (Entered: 03/22/2012) |
| 03/22/2012 | 🔒 🌐 3 | *SEALED* Pretrial Services bail report as to Ryan James Aird, filed by Pretrial Services. (Thomas, Julie) (Entered: 03/22/2012) |
| 03/23/2012 | 🌐 11 | ORDER TO APPEAR IN ANOTHER DISTRICT as to Chad Mitchell Davis. Defendant is ordered to appear on 4/13/12 at 1:30 pm before Magistrate Judge Paul Papak, U.S. Courthouse, 1000 Southwest Third Ave., Room 740, Courtroom 10B, Portland, Oregon. Chad Mitchell Davis terminated. Signed by Magistrate Judge Lawrence O Anderson on 3/23/12.(PKD) (Entered: 03/23/2012) |
| 03/23/2012 | 🌐 12 | ORDER TO APPEAR IN ANOTHER DISTRICT as to Ryan James Aird. Defendant is ordered to appear on 4/13/12 at 1:30 pm before Magistrate Judge Paul Papak, U.S. Courthouse, 1000 Southwest Third Ave., Room 740, Courtroom 10B, Portland, Oregon. Ryan James Aird terminated. Signed by Magistrate Judge Lawrence O Anderson on 3/23/12.(PKD) (Entered: 03/23/2012) |